**Set Aside Judgment and Remand; Opinion Filed November 8, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00565-CV

### THE JW GST EXEMPT TRUST, BY AND THROUGH ITS TRUSTEE, JAMES Y. WYNNE, AND JAMES Y. WYNNE, INDIVIDUALLY, Appellants/Cross-Appellees

### V.

### ERIN ANNE WYNE, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF WRENO S. WYNNE (DECEASED), WILLIAM BYWATERS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM B. WYNNE (DECEASED), AMERICAN LIBERTY OIL COMPANY, LP AND AMERICAN LIBERTY OIL COMPANY, LLC, Appellees/Cross-Appellants

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 84117-86

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

On the parties' joint motion and in accordance with their agreement, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

140565F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE JW GST EXEMPT TRUST, BY AND THROUGH ITS TRUSTEE, JAMES Y. WYNNE, AND JAMES Y. WYNNE, INDIVIDUALLY, Appellants/Cross-Appellees

No. 05-14-00565-CV          V.

ERIN ANNE WYNE, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF WRENO S. WYNNE (DECEASED), WILLIAM BYWATERS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM B. WYNNE (DECEASED), AMERICAN LIBERTY OIL COMPANY, LP AND AMERICAN LIBERTY OIL COMPANY, LLC, Appellees/Cross-Appellants

On Appeal from the 86th Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 84117-86.
Opinion delivered by Justice Lang. Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

On the parties' agreement, we **ORDER** each party bear its own costs of appeal.

Judgment entered this 8th day of November, 2016.